IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARRY STEWART | : | CIVIL ACTION |
| | : | |
| v. | : | No. 12–5190 |
| | : | |
| CITY OF PHILADELPHIA | : | |

### ORDER

AND NOW, this 11th day of March, 2015, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendant City of Philadelphia's Motion to Dismiss Plaintiff's Second Amended Complaint (Document 47) is GRANTED.  Plaintiff Barry Stewart's Second Amended Complaint is DISMISSED with prejudice against the City of Philadelphia.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, J.